**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROOSEVELT WALLACE, | ) | No. CV 08-2155-JVS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RICHARD HERNANDEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejducie as successive.

DATED: May 1, 2008

_____
JAMES V. SELNA
United States District Judge